# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: TUDOR, ROBERT CUSHMAN § Case No. 11-45864
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    RICHARD J. MASON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $202,990.00       Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,050.85       Claims Discharged
    Without Payment: $87,898.52

Total Expenses of Administration: $7,634.87

---

    3) Total gross receipts of $ 14,685.72 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $14,685.72 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,634.87 | 7,634.87 | 7,634.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 94,949.37 | 94,949.37 | 7,050.85 |
| **TOTAL DISBURSEMENTS** | $0.00 | $102,584.24 | $102,584.24 | $14,685.72 |

4) This case was originally filed under Chapter 7 on November 10, 2011. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/11/2015          By: /s/RICHARD J. MASON
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wage Claim - State of Illinois, Dept. of Labor | 1149-000 | 14,685.72 |
| **TOTAL GROSS RECEIPTS** | | **$14,685.72** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD J. MASON | 2100-000 | N/A | 2,218.57 | 2,218.57 | 2,218.57 |
| Horwich Coleman Levin, LLC | 3410-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.04 | 30.04 | 30.04 |
| Rabobank, N.A. | 2600-000 | N/A | 19.58 | 19.58 | 19.58 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 23.11 | 23.11 | 23.11 |
| International Sureties, LTD. | 2300-000 | N/A | 60.27 | 60.27 | 60.27 |
| Rabobank, N.A. | 2600-000 | N/A | 19.58 | 19.58 | 19.58 |
| Rabobank, N.A. | 2600-000 | N/A | 20.16 | 20.16 | 20.16 |
| Rabobank, N.A. | 2600-000 | N/A | 22.22 | 22.22 | 22.22 |
| Rabobank, N.A. | 2600-000 | N/A | 21.49 | 21.49 | 21.49 |
| Rabobank, N.A. | 2600-000 | N/A | 19.39 | 19.39 | 19.39 |
| Rabobank, N.A. | 2600-000 | N/A | 22.82 | 22.82 | 22.82 |
| Rabobank, N.A. | 2600-000 | N/A | 20.71 | 20.71 | 20.71 |
| United States Treasury | 2810-000 | N/A | 2,275.00 | 2,275.00 | 2,275.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 638.00 | 638.00 | 638.00 |
| Rabobank, N.A. | 2600-000 | N/A | 19.55 | 19.55 | 19.55 |
| Rabobank, N.A. | 2600-000 | N/A | 18.23 | 18.23 | 18.23 |
| Rabobank, N.A. | 2600-000 | N/A | 15.34 | 15.34 | 15.34 |
| Rabobank, N.A. | 2600-000 | N/A | 15.37 | 15.37 | 15.37 |
| Rabobank, N.A. | 2600-000 | N/A | 13.96 | 13.96 | 13.96 |
| International Sureties, LTD. | 2300-000 | N/A | 8.25 | 8.25 | 8.25 |
| Rabobank, N.A. | 2600-000 | N/A | 12.60 | 12.60 | 12.60 |
| Rabobank, N.A. | 2600-000 | N/A | 13.02 | 13.02 | 13.02 |
| Rabobank, N.A. | 2600-000 | N/A | 14.34 | 14.34 | 14.34 |
| Rabobank, N.A. | 2600-000 | N/A | 13.42 | 13.42 | 13.42 |
| Rabobank, N.A. | 2600-000 | N/A | 12.96 | 12.96 | 12.96 |
| Rabobank, N.A. | 2600-000 | N/A | 14.73 | 14.73 | 14.73 |
| Rabobank, N.A. | 2600-000 | N/A | 12.92 | 12.92 | 12.92 |
| Rabobank, N.A. | 2600-000 | N/A | 14.24 | 14.24 | 14.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,634.87 | $7,634.87 | $7,634.87 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry Investments, LLC as assignee | 7100-000 | N/A | 48,810.63 | 48,810.63 | 3,624.63 |
| 2 | Asset Acceptance LLC assignee CITIBANK | 7100-000 | N/A | 46,138.74 | 46,138.74 | 3,426.22 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $94,949.37 | $94,949.37 | $7,050.85 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-45864  **Trustee:** (330470) RICHARD J. MASON
**Case Name:** TUDOR, ROBERT CUSHMAN  **Filed (f) or Converted (c):** 11/10/11 (f)
**§341(a) Meeting Date:** 12/14/11
**Period Ending:** 02/11/15  **Claims Bar Date:** 06/03/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Condominium @ 664 W. Irving Park Road, Unit 1-7 | 200,000.00 | 200,000.00 | | 0.00 | FA |
| 2  CASH ON HAND | 90.00 | 90.00 | | 0.00 | FA |
| 3  BANK ACCOUNTS | 500.00 | 500.00 | | 0.00 | FA |
| 4  HOUSEHOLD GOODS AND FURNISHINGS | 500.00 | 500.00 | | 0.00 | FA |
| 5  BOOKS AND ART OBJECTS | 900.00 | 900.00 | | 0.00 | FA |
| 6  WEARING APPAREL AND JEWELRY | 500.00 | 500.00 | | 0.00 | FA |
| 7  Unum Portability Term Life Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 8  STOCK AND BUSINESS INTERESTS | 500.00 | 500.00 | | 0.00 | FA |
| 9  Wage Claim - State of Illinois, Dept. of Labor | 44,056.00 | 44,056.00 | | 14,685.72 | FA |
| 10 OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | Unknown | Unknown | | 0.00 | FA |
| 10 Assets   Totals (Excluding unknown values) | **$247,046.00** | **$247,046.00** | | **$14,685.72** | **$0.00** |

**Major Activities Affecting Case Closing:**

The hearing on the TFR is set for 11/25/14.

**Initial Projected Date Of Final Report (TFR):**    August 31, 2013    **Current Projected Date Of Final Report (TFR):**    December 15, 2014

Printed: 02/11/2015 04:18 PM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-45864  
**Case Name:** TUDOR, ROBERT CUSHMAN  
**Taxpayer ID #:** **-***9769  
**Period Ending:** 02/11/15

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******41-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/24/12 | {9} | Robert C. Tudor | | 1149-000 | 14,685.72 | | 14,685.72 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 14,660.72 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.04 | 14,630.68 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033047088 20121220 | 9999-000 | | 14,630.68 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,685.72 | 14,685.72 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 14,630.68 | |
| | | | **Subtotal** | | 14,685.72 | 55.04 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,685.72** | **$55.04** | |

{} Asset reference(s)

Printed: 02/11/2015 04:18 PM    V.13.15

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-45864
**Case Name:** TUDOR, ROBERT CUSHMAN
**Taxpayer ID #:** **-***9769
**Period Ending:** 02/11/15

**Trustee:** RICHARD J. MASON (330470)
**Bank Name:** Rabobank, N.A.
**Account:** ******7166 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 14,630.68 | | 14,630.68 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.58 | 14,611.10 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.11 | 14,587.99 |
| 02/21/13 | 10101 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/21/2013 FOR CASE #11-45864, Bond #016026455 | 2300-000 | | 60.27 | 14,527.72 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.58 | 14,508.14 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.16 | 14,487.98 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.22 | 14,465.76 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.49 | 14,444.27 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.39 | 14,424.88 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.82 | 14,402.06 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.71 | 14,381.35 |
| 09/13/13 | 10102 | United States Treasury | IRS Payment | 2810-000 | | 2,275.00 | 12,106.35 |
| 09/13/13 | 10103 | Illinois Department of Revenue | Payment | 2820-000 | | 638.00 | 11,468.35 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.55 | 11,448.80 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.23 | 11,430.57 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.34 | 11,415.23 |
| 12/02/13 | 10104 | Horwich Coleman Levin, LLC | Invoice No. 34752 | 3410-000 | | 2,000.00 | 9,415.23 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.37 | 9,399.86 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.96 | 9,385.90 |
| 02/27/14 | 10105 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/27/2014 FOR CASE #11-45864, Bond # 016026455 | 2300-000 | | 8.25 | 9,377.65 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.60 | 9,365.05 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.02 | 9,352.03 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.34 | 9,337.69 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.42 | 9,324.27 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.96 | 9,311.31 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.73 | 9,296.58 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.92 | 9,283.66 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.24 | 9,269.42 |
| 12/05/14 | 10106 | RICHARD J. MASON | | 2100-000 | | 2,218.57 | 7,050.85 |
| 12/05/14 | 10107 | Cavalry Investments, LLC as assignee of MBNA/FIA Card Servic | | 7100-000 | | 3,624.63 | 3,426.22 |
| 12/05/14 | 10108 | Asset Acceptance LLC assignee | | 7100-000 | | 3,426.22 | 0.00 |

Subtotals :   $14,630.68   $14,630.68

{} Asset reference(s)                                   Printed: 02/11/2015 04:18 PM   V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-45864
**Case Name:** TUDOR, ROBERT CUSHMAN

**Taxpayer ID #:** **-***9769
**Period Ending:** 02/11/15

**Trustee:** RICHARD J. MASON (330470)
**Bank Name:** Rabobank, N.A.
**Account:** ******7166 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | CITIBANK | | | | | |
| | | | ACCOUNT TOTALS | | 14,630.68 | 14,630.68 | $0.00 |
| | | | Less: Bank Transfers | | 14,630.68 | 0.00 | |
| | | | Subtotal | | 0.00 | 14,630.68 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $14,630.68 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******41-66 | 14,685.72 | 55.04 | 0.00 |
| Checking # ******7166 | 0.00 | 14,630.68 | 0.00 |
| | $14,685.72 | $14,685.72 | $0.00 |

{} Asset reference(s)

Printed: 02/11/2015 04:18 PM    V.13.15